THOMAS P. O'BRIEN
United States Attorney         **E-FILED 8/18/08**
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
XOCHITL D. ARTEAGA (Cal. Bar No. 227034)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0500
    Facsimile: (213) 894-0141

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-489-PSG |
| Plaintiff, | **[proposed] ORDER RE: DISMISSAL OF INDICTMENT WITHOUT PREJUDICE PURSUANT TO FED. R. CRIM. P. 48(a)** |
| v. | |
| TONNIE JONES, | |
| Defendant. | |

    Pursuant to Fed. R. Crim. P. 48(a) and the Dismissal of Indictment Without Prejudice filed by plaintiff United States of America on April 25, 2008, IT IS HEREBY ORDERED that the indictment in the above-captioned case is DISMISSED WITHOUT PREJUDICE.

DATED: August 18, 2008    **PHILIP S. GUTIERREZ**
                                                       United States District Judge

Presented by:

   /S/
XOCHITL D. ARTEAGA
Assistant United States Attorney